IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



| | | |
|---|---|---|
| DAWN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 04-2151 M1/V |
| | ) | |
| RUBY BRIDGEFORTH, POSTMASTER, | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| MEMPHIS FRONT STREET INSTALLATION, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANTS' P~~ROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held April 21, 2005. Present were Dawn Smith, Pro Se, and Linda Harris, counsel for defendants. At the conference, the following dates were established as the final dates for:

1.  Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): ~~May 20~~ June 3, 2005

2.  Joining Parties:   June 20, 2005.

3.  Amending Pleadings:   June 20, 2005

4.  Initial Motions to Dismiss: July 20, 2005

5.  Completing All Discovery: October 20, 2005

    (a)   Document Production: October 20, 2005

    (b)   Deposition, Interrogatories, Requests for Admissions: October 20, 2005

    (c)   Expert Witness Disclosures:

        (1)   Disclosure of Plaintiff's Rule 26 Expert: August 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

      (2)    Disclosure of Defendant's Rule 26 Expert: September 22, 2005

      (3)    Expert Witness Depositions: September 22, 2005

6.    Filing Dispositive Motions: November 21, 2005

This case is set for a non-jury trial, and the trial is expected to last 1-2 days. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

The parties cannot assess whether this case is appropriate for ADR until some discovery has been conducted. The parties are ordered to notify the Court no later than September 30, 2005, if they believe ADR is appropriate. Motions to compel must be filed by the discovery cut off date.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: April 21, 2005

_____
DAWN SMITH
Pro Se

_____
LINDA NETTLES HARRIS
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02151 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dawn M. Smith
4290 Satin Oaks Cove
Memphis, TN 38141

Honorable Samuel Mays
US DISTRICT COURT